John A. SENIN, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 05–7180.

United States Court of Appeals, Federal Circuit.

April 13, 2006.

Before NEWMAN, RADER, and BRYSON, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36

BOARD OF EDUCATION OF THE STATE OF FLORIDA (for and on behalf of the Board of Regents of Florida State University), MDS Research Foundation, Inc., and Taxolog, Inc., Plaintiffs–Appellees,

v.

AMERICAN BIOSCIENCE, INC. (formerly known as Vivorx Pharmaceuticals, Inc.) and Chunlin Tao, Defendants–Appellants.

No. 05–1447.

United States Court of Appeals, Federal Circuit.

April 13, 2006.

Before NEWMAN, RADER, and BRYSON, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36